IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATRICIA LONG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-717 KAJ |
| | ) |
| BELL SUPPLY CO. AND DAVID KURSH, | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this 7th day of Dec., 2006, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge