IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATRICIA LONG, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civ. Action No. 06-717-GMS ) |
| BELL SUPPLY CO. and DAVID KURSH, | ) ) |
|     Defendants. | ) |

**ORDER**

WHEREAS, the plaintiff, Patricia Long ("Long"), filed a complaint without prepayment of the filing fee;

WHEREAS, on January 12, 2007, the court entered an order requiring Long to complete and return USM-285 forms for the defendants, and informed Long that the United States Marshal would not serve the complaint until all USM-285 forms were received by the Clerk of the Court, and that failure to provide the USM-285 forms within 120 days from the date of the order may result in the complaint being dismissed or defendant being dismissed pursuant to Fed. R. Civ. P. 4(m) (D.I. 6);

WHEREAS, to date, the required USM-285 form has not been received from Long;

THEREFORE, at Wilmington this 15th day of June _____, 2007, IT IS HEREBY ORDERED that plaintiff's complaint is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m).

                                                                                                    UNITED STATES DISTRICT JUDGE

FILED

JUN 15 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE